UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BURNS & WILCOX, LTD.,                              Case No. 25-cv-12171

     Plaintiffs,                                        F. Kay Behm
v.                                                 United States District Judge

ERIN PRITCHETT,

     Defendants.
_____/

**ORDER REGARDING DEFENDANT'S
MOTION TO DISMISS (ECF No. 10)**

     On July 16, 2025, Plaintiff filed a complaint in this district against Defendant, alleging breach of contract.  *See* ECF No. 1.  On September 5, Plaintiff filed a First Amended Complaint.  ECF No. 8.  On September 26, 2025, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.  (ECF No. 18).

     Fed. R. Civ. P. 15(a)(2) states that courts should grant leave to amend a complaint "when justice so requires."  In the court's view, under the present circumstances and the early stage of this case, allowing Plaintiff an opportunity to amend a second time serves the ends of justice.  Without expressing any view regarding the merits of the Motion to Dismiss, the court will afford Plaintiff the opportunity to

1

cure any purported deficiencies by filing a second amended complaint. The court **ORDERS** that any amended complaint must be filed within 14 days of entry of this Order or within the time remaining for Plaintiff to respond to the motion, whichever is longer.

As a result, Plaintiffs are presented with a choice of how to proceed. Plaintiffs may file a second amended complaint, in which case the court will deny without prejudice the currently pending Motion to Dismiss as moot, or Plaintiffs may file a response to Defendants' motion. If Plaintiffs elect not to file an amended complaint and instead files a substantive response, the court will rule on the pending motion and any dismissal may be with prejudice.

**SO ORDERED**.

Date: October 9, 2025                     s/F. Kay Behm
                                          F. Kay Behm
                                          United States District Judge